# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157693

LAWRENCE M. CLARKE, INC.,
      Plaintiff/Counterdefendant-
      Appellee,

v

                                      SC: 157693
                                      COA: 336481

KIM S. DRAEGER,
      Defendant-Appellant,
                                      Ingham CC: 08-000227-CZ

and

KD EQUIPMENT LEASING, INC. and
AIC, INC.,
      Defendants/Counterplaintiffs/
      Third-Party Plaintiffs-Appellants,

and

GUARANTEE COMPANY OF NORTH
AMERICA USA and XL REINSURANCE
AMERICA, INC.,
      Third-Party Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



d1126

Clerk